Our next case this morning is 25-1456, APB Realty, Inc. v. Lebanon and Blue Mountain Railway, LLC Appellants, Counsel, please Good morning, Your Honor, may it please the Court Good morning, my name is Howard D'Amico, I'm counsel here to APB Realty and to Mr. Bryant So, as you've seen from our appellant brief, we really narrowed down our issues back to really one issue for appeal That issue, nonetheless, has separate parts to it The question is as to whether or not the trial judge had sufficient both facts and law to support his ultimate post-trial conclusion If he could triple under 94, state law, MGL 93A, trying to create a section 211, the $360,000 reward that had been awarded effectively earlier on S.J. on practical, the conversions, and the undone enrichment counts It is our position that the trial judge lacked either of those required elements The trial judge lacked the factual basis and he lacked the legal basis And I'll actually very briefly start with the legal basis first Back to our pre-trial conference, the trial judge recognized that the dispositive law, the issue here in the commonwealth, was The dispositive case was this Automat case, an S.J.C. case from 2014 And the trial judge recognized at the pre-trial, he recited his own findings from his adoption of the magistrate's findings That in order to find under 93A in Massachusetts for the troubling of damages You had to show that requisite causal connection between an independent additional loss and an underlined commonwealth health loss Well, a causal connection between any independent loss and the actions of the party Frankly, at the pre-trial, it seemed to me that he cautioned the LVM, LVMR, that they didn't appear to have that yet That they needed an independent event We got to the trial, and as you know, this trial is relatively distinct Counsel, I don't mean to interrupt, but we have limited time I have a question for you, I want to preface it this way So if I go to a car dealer, and I want to trade in my car and buy another car And the car dealer says, hey, the salesman says, let's take a ride in this beauty over here I'll take the keys to your car for now While you have our car, that'll just be my security And so, then he subsequently engages in a classic car salesman's technique He's unhorsed me, I no longer have my car And he uses that fact, he won't give me the keys to my car back As part of his attempt to leverage me into purchasing a car So that's a trespass to chattel That's a tort, common law tort But what makes it different, what gives it that rascality That makes it an unfair trade practice Under the Consumer Protection Statutes here, 93A Is that he has used it as leverage That's classic, you have a tort that's been committed You've got a 93A violation You can't get double recovery, you can't recover the same damages for both But you can recover the damages And because there's the additional rascality that brings it under 93A It can be trebled How is what the court found the fraudulent Intentionally and knowing misrepresentation that was made to the contract How is that not sufficient rascality To bring this under the classic definition that I have just proposed to you So your honor, I agree with 98% of your premise The car dealership premise And I can tell you in practice and law generally Lawyers will see it all too often where You've got a decision, if you will, on count what You owe $100,000 And before we work on count two You owe me $100,000 They say, well hey, I'm not going to address that Until we figure out a settlement on count two All day long, that's your car dealership's account That's 93A All day long that's 93A You can see that, your honor That is not what occurs here That's the subtlety of the difference Of the distinction the trial judge was looking for in February And it did not appear at the trial in April There was no No, I will only give you your car back If you cut it in There's this concept that I will acknowledge That Mr. Bryant kept the money And wanted to press the deal But there's no piece of evidence No single piece of evidence whatsoever That the car dealer said I will only give you your car back If you do a deal No, no, here you have an actual conversion I was using a trespass to chattel But here it's a conversion The rascality here Is the perjurious part of it So the rascality If I may My own client Already occurred with the conversion Exactly The irony though How does that case need an independent law? The trial judge acknowledged, your honor It's in our record That the 360 came to Mr. Bryant Fairly and reasonably But it was the retention of it Right, that's where it comes from That creates the conversion If the two were always the same But there was also pressure To try to get it so that they could keep it We create a fake document We bring a lawsuit All to try to keep this money Or get a negotiation of this money That should have just been returned So, with all respect That's the name That's the distinction I make There was no evidence whatsoever That Mr. Bryant, under any circumstances Would give the car back Or give the money back The conversion had already occurred There would need to be an independent event Where he said, unless you do X So the trial judge Had the defining effect He said, look I found that Mr. Bryant Used the death action In order to try to maybe Obtain a settlement Where he had to give less back Right He defies the record The record of Erwin, your honor The record is clear That the trial judge found Frankly, Mr. Bryant to be Close to the devil incarnate Okay He had no perception That Mr. Bryant was a straightforward person How do you distinguish So, exhibit source Which is a mass appeals court case That case seems to be the same thing I take your security deposit I then make up later That you have damaged the property So that I don't have to give you The security deposit back And that's made up And the mass appeals court said Treble damages Because you're using the fake Claim about the Damage to try to keep the security deposit That you had an obligation to give back And you made up an invoice To try to keep The $360,000 That you should have given back There's no final effect There's no basis to Define the fact That Mr. Bryant used the invoice To try He produced it Was it in discovery In a lawsuit designed To keep the money No, that's not an evidence It's not an evidence That he pushed That the invoice was in discovery That is an evidence There's nothing in evidence To say that he used the Invoice to try To keep the money That's just an inference That a trial judge can make Based on a set of facts That is, that leads To that pretty simple conclusion There's no set of facts That leads to a conclusion There's no piece of evidence Other than a general Sense that oh this person Is a Rapscallion And so he did it for that purpose But the alternate thought If he's a Rapscallion would be He's not giving it back APB sought a declaratory Judgment that the $360,000 Deposit did not need to Be returned to LBMR Alleging that the deposit was Specifically described as non-refundable It wasn't an issue In the case? It was an issue to declare it That it was non-refundable There's no set of facts Where anybody created A single statement of facts It can't be a loss He wouldn't give it back There were many opportunities For Blue Mountain To present evidence That there had been a single Settlement discussion Where Brian's position was On giving some of it back He's already kept it He's creating false documents To try to keep it But your honor, on June 17th He had already kept it The event in August Doesn't change that Absolute piece of evidence That from August forward Why did he bring the lawsuit That Judge Howard just read To get the declaratory judgment Why did he do that? Why did Judge Howard just read That he had a declaratory judgment To keep the $360,000 Why did he bring the declaratory judgment? He may have brought it to win Because he thought he would win on it But it doesn't say that if he didn't win He would give any of it back There's a linchpin piece That's not in evidence And that's the concept If the trial judge believes He's the rascal Then how does he have A finding that says, oh, not so much He would have given some back If there had been a settlement That's never offered That's never proposed Thank you Can I quickly The only comment I would make With regard to the exhibit source case Is we would rely On the SJC case And that's the auto flat case Thank you Okay, thank you Good morning, your honors May I please report That Mr. Jarrell That Mr. Guglielmali Did you pick your mic up Thanks Sorry, is that better? Thank you Your honors, this case arises, as you know Out of a contemplated transaction Between my client, Lebanon Blue Mountain Railway With a potential purchaser of railcars And ABD Realty, Inc. Which is actually a company That is a broker In connection with that transaction At APB's insistence And in response to an invoice APB provided LVMAR provided APB A deposit of $360,000 On June 17, 2021 The invoice that deposit Was sent in response to Did not say the deposit was not refundable It referenced it as a discount Ultimately the transaction fell through APB did not return the deposit Instead it sued LVMAR Claiming it had a contractual right To retain that deposit But there was no contract As the lower court found And APB never had a right To keep the deposit contractual or otherwise In support of its effort To keep the deposit APB's principal, Kirk Bryant Fraudulently altered an invoice That he sent to LVMAR on June 17 And he did it on August 12, 2021 And I'm going to touch a bit During my argument on the chronology Because I think it speaks to How the fraudulent invoice was used As part of APB's overall effort To keep the deposit That alteration was made on August 12 As I mentioned On the morning of August 12 LVMAR's principal, Mr. Keller Emailed APB requesting a price adjustment That's just one piece of the chronology And hours later, the alteration happened And the only reason we found out That the alteration happened And this is set forth in the trial brief And other parts of the record Was the metadata embedded in the document Showed down to the second When that document was created So we knew There was a lot of discussion During Appellant's argument About the fact that there wasn't sufficient evidence at trial I think there was plenty of evidence Both documentary and circumstantial evidence That APB and Mr. Bryant Used this fraudulently altered invoice In a coercive way To try to either convince LVMAR To close the deal to protect the commission Or, as Judge Wolf noted To try to facilitate some sort of settlement And that finding is reviewed For clear error? Yes, Your Honor The Arthur B. Little case from this court Makes it clear that the factual Whether or not a causal connection Exists between an unfairness At the back And the damages That result there from Is a question of fact that can be reviewed On the clear error statement So LVMAR proved at trial That that causal connection existed There was some discussion about A pre-trial hearing And a caution that the trial judge May have referenced during that pre-trial hearing About the existence of evidence To support that causal connection With respect, we're not talking about The evidence elicited at the pre-trial hearing We're not talking about the evidence Elicited at the summary judgment We're talking about the evidence elicited at trial And the evidence elicited at trial Was different, and I made note of this Just last night If you compare it to the evidence at summary judgment There's a few key points that are important The first point When was the fraudulent invoice created? At his deposition, Mr. Bryant said I have no idea You can find that in Record Appendix 125 At trial, he admitted When confronted with the metadata Yeah, I made it on August 12th 3.18pm When did you send it to Mr. Keller? At summary judgment Based on his deposition testimony I have no idea At trial, he admitted That he sent it to Mr. Keller Before he filed the lawsuit It was sent to Mr. Keller before he filed the lawsuit It was used as part of his claims In the lawsuit And even after he filed the lawsuit Mr. Bryant admitted that he continued to engage In discussions with Mr. Keller In an effort to try to close this deal All of those things are happening Under the cloud of The altered invoice And all of those things Were pieces of evidence That the judge considered In finding that a causal connection existed There are other Causal connection evidence That's spelled out in our brief I included a short chronology in the brief I don't know if the court wants to hear it again I assume you've read it But I think the evidence was clear At trial that Mr. Bryant saw this transaction Falling through Receiving pressure from the owners Saying they were going to pull the plug on the deal If he didn't close The next day, Mr. Keller's asking for a price adjustment And what does he do? He changes the document And he admitted at trial That if the deposit were refundable And the deal didn't go through He and APB would pay Nothing So by changing the document He shifted the risk of loss Of this transaction falling through From APB to LVMR But he never had the contractual right Or legal right to do that And to use the altered invoice in the way that he did Was coercive Sort of classic coercive extortion of conduct That I think another court in Massachusetts Repeatedly found To rise to the level of 90 degree violence Could you just briefly address Your argument about why this Appeal may be frivolous? Absolutely I think the bottom line On this appeal The evidence at trial from Mr. Bryant's perspective was his own testimony That evidence was Pretty flatly rejected by the trial court Mr. Bryant Contends that there was no evidence In his brief No evidence whatsoever on a causal connection I think the district court's Decision dispelled that notion In its entirety There was circumstantial evidence And a lack of documentary evidence Corroborating his statement That this telephone discussion Between he and Mr. Keller Wasn't available But there is at least some legal principle About causation Ultimately This appeal Is about reviewing the facts The judge Make clear facts It should be a very high standard Before we sanction people for bringing an appeal I guess I'm trying to probe a little bit There's a legal Architecture to the appeal And then it's a question of Did the judge make appropriate Factual findings Right In my view The bottom line on this appeal Is it a challenge to the credibility Determination that Judge Wolfe made In designing the case and rejecting Mr. Bryant's testimony And that's a really hard road to hoe But it can be done And so if that's what this is all about Does that really move it into the realm of Frivolous or just This is not going to be an easy appeal to win Well I would point The court to the Case that's cited in my motion For sanctions It's an older case, it's a 1980s case Scarpa v. Murphy But at the end of that decision The court makes pretty clear That we view appeals based on A challenge to credibility Findings to be frivolous And the court in that case Could award fees and costs in connection with that challenge And I think this case really boils Down to a simple Challenge to Judge Wolfe's findings On the credibility Of Mr. Bryant's testimony And his decision to reject that testimony Thank you Is there no more questions? I'll give you two minutes back Thank you very much Thank you Thank you Thank you Thank you Attorney Brennan, please Good morning your honors William Brennan for premier parks Mr. Zimmerman just made a strong statement about why there should be jurisdiction over a hotel They didn't sue a hotel. Where's the hotel the hotel the accident happened at the hotel for Del Cartier But they weren't sued I don't understand why and that was the major focus of the district courts because they say you run it There's no evidence on that point. Well, it's your website. So to pick their logo you offer jobs For them you have their domain name on your website You've announced that you their group has joined you You say that you provide hands-on operating philosophy and a relentless focus on the same website that has their logo that's stuff None of that none of that none of that goes to the actual jurisdictionally relevant questions Jurisdiction relevant questions. So there are there is a chain of hotel cases Massachusetts asserts very broad jurisdiction over foreign hotels that solicit and book rooms for Massachusetts residents But in all of those cases there was no dispute as to who the hotel was there isn't there's no case That's really on point on these issues. The two jurisdictionally relevant questions that I see are who operated the hotel in January 2024 when the accident happened and who booked rooms for ms. Putnam in 2023 when she booked those rooms There is evidence on those points There is admissible evidence on those points the admissible evidence is ms. Putnam's affidavit in which she describes Nothing to do with premier parks premier parks does not appear in her properly here properly submitted affidavit and Because those all refer to Val Cartier Villa Becomes Val Cartier and I'm just calling it VVV. Okay, right. So she's referring to VVV Yes, I follow that Premier parks is referring to VVV. So then the question is what is the relationship of premier parks to VVV? Which is on their website and there's no evidence on that other than what the evidence that says VVV operates it and premier parks does not so the only miss below it and J-frame Walk is through the contrary evidence. How can you just ignore that? I'm not sure how much more The plaintiff can give Given publicly available information prior to discovery What more could they provide so they have I mean so to go through the unauthenticated evidence right, so there is a Logo premier parks runs and advises on Water parks and various resorts It doesn't say they operate everything sometimes they acquire things sometimes they sell things sometimes they Advise it doesn't sit that logo doesn't specifically identify any corporate specific corporate relationship of operation much less and Premier parks buys and sells things much less at the relevant times They have to say not just that at some point unknown in time. There was an unknown relationship between VVV and premier parks big enough to say that it's jurisdictionally relevant and that's what has to be drilled down on what is jurisdictionally relevant There is a map on EPR's website. I my client can't control what's on EPR's website. There is a Glass door job posting. I believe that one was from October 2024 so that's ten months after the accident And also that but all of this feels like sort of summary judgment kind of material like okay If this all ends up being nothing, but their point which I guess I want you to address is we are so early That to shut this down without allowing them to explore what these things mean and you're offering various responses But you really don't have a but they point to these things and we say to say well We don't know. So why isn't the right thing to do limited? jurisdictional discovery to figure out whether these things mean something or they don't the court the district court got it, right because the district court was entitled to take Undisputed facts and consider them the undisputed fact the only evidence on who was running the hotel in January 2024 and during the times that the reservations was made the only evidence is Miss Servo's declaration that Premier parks did not do any booking. Mr. Berkley you so you brought up the logo and you said well the logo, you know that we do a lot of different things so me but then the same website says One of the things we premier parks does is to provide a relentless focus on guest service and safety And so how do we know that VVV your use of VVV logo isn't related to that same? We are a guest service company. This is this is putting the Plaintiff has the burden to come up with evidence even at this stage. They have to go beyond their complaint They're not trying to go beyond their complaint. They're just saying look here's a logo what if we speculate about that, but this court's precedents make it clear that Speculation is insufficient. There is evidence on who ran the hotel It's all admissible The evidence that is the speculation is based on it wanted speculation and to its Unauthenticated evidence that's improper. It's setting the bar too low If if a point what's your case law that we can't that we can't take a look at an unauthenticated document That hasn't been objected to Do you do you deny the the the accuracy or authenticity of those documents? I Do not I think that the court should require an authentication requirement because I think that it's precedents require that But I'm not challenging what I what I say is when you look at what they do They don't say anything. What would they do to do that where they've been given absolutely nothing like this They they write a complaint like I guess everyone does they gather up what they can they write it out in narrative declarative sentences? They come to court and the judge says go away And then what they ask for in the office is to judge let us ask some questions That is how you I think what they authenticate the document what they couldn't They could they could have said wait, you know, some of these documents are undated. They could have had a Marshaling affidavit where somebody said here's where I looked and where I found it and the date I found it on But there's no mystery as to who the hotel is if you go to the pitman This is in the record again, if you coded a page 201 of the record But the hotel that there's a connection between the hotel in premier parks, there's some connection there It's right But what the connection is is pure speculation and the court should not there but there's there's pure speculation except as to the admissible evidence the admissible evidence is Why do we have a concept called jurisdictional discovery if they have to prove it without? Anything, you know, they've done something I think so Why do we have that if you're right, then you wouldn't need it if no if my client had not put in those affidavits Then then they would have why would I need jurisdictional discovery to have an undisputed complaint that would establish jurisdiction I Mean you you call it into question Right, and we put in and then I see things on their side that suggests who knows And so it seems to me that the beginning interim step before discovery about the accident and all the things is to figure out Who's right about this? Respectfully, your honor the district court was not is not required to just indulge speculation When there are facts on the disputed issues, there are facts They are the facts as to who is running the hotel to relevant times are Undisputed this court's precedent say we do agree that sometimes there can be Confused intermingling of entities that Creates, you know, even though you say one is running it there could be enough Cross-pollination that the issue becomes blurred in the seagrass case. That was the fact pattern. Yes, your honor And so why aren't they allowed to explore given that I see some connection being established between the entities Whether that's the kind that meets the seagrass kind of idea Because in this case there is undisputed facts as to the reference to the jurisdictionally relevant questions There there is no dispute. There's no and this court requires The precedents of this court require genuinely contested facts Genuinely is very clearly said it's more than speculation. Mr. Zimmerman has come up here and said maybe there's something what your honor is suggesting Is maybe there's a connection that is per se not enough under this court's precedents when we put in affidavits But doesn't doesn't your own affidavit suggest some degree of intermingling because you have the premier CEO saying that VVVSRI Handled all the marketing Presumably his affidavit was based on personal knowledge. Well, then we have a question of how does he know what VVVSRI is doing? unless there's some What's the relationship of he as the premier park CEO knows exactly what VVVSRI is doing It seems to me that there might be some intermingling Can I answer that? Mr. Burke is absolutely a controlling shareholder of both VVV and of premier parks doesn't that cut against you? No Because this is the situation in the seagrass case where even though there was Disney was over Disney Public company owned multiple Entities that were doing business in Florida as Walt Disney World The entity that was not involved in the marketing in the solicitation There was found to be no jurisdiction over that I guess what I don't follow in all this is you're speaking in the language of summary judgment and you submitted Affidavits and you say take those affidavits and we do that in summary judgment because the idea that everyone We've explored the thing and everyone puts it in then we see is there a disputed issue of fact worthy of further discussion? But here you say well, they have what they have at the motion to dismiss stage We gave the summary judgment quality affidavit because we know all the facts because we are the company and then that's it We're done go away because we gave you the affidavit and so it's kind of like a trust me Situation and I just don't understand why at 12 p6 that should be the way it works I believe that's based on your court's precedence and we're not leaving them with nothing It's not like we're telling them go guess who that who the defendant should be Everybody has told them it's VVV. They were running the hotel. It's their name on the bill It's their name in the copyright notice of the advertising. You should be suing VVV That's why there's no prejudice to them. We have identified There's no mystery left anymore as to who they should be suing. Do you at least do you at least agree that? Dismissing the prejudice was a step too far Yes, that's in our papers that we can see that Yeah And with that your honor are any further questions. Thank you very much. Thank you Mr. Boston, please I Represent EPR Briefly because I only have about five minutes I do think EPR is different in this situation as the court has pointed out There what there isn't really a dispute on in this case EPR doesn't even own the hotel and what you with these other cases that have been brought up by Plaintiff's counsel in this case is that these of the other entities actually own the hotels in question EPR doesn't that's really not Controverted by the way, we have supplied that affidavit and I understand what the court is saying with respect to you know Affidavit said generally with respect to summary judgment, but in this case, it's really not dispute I think my brother's almost conceded that in some respects because there's no dispute whatsoever EPR doesn't own it doesn't control it doesn't market doesn't do anything having to do with this hotel The actual hotel So this we are even a step past or a step beyond in this particular case We have no contacts whatsoever with Massachusetts. We don't market a man. We don't do anything with respect to, Massachusetts this we are simply a Real estate holding company. That's what we are and that's where a in we're in under Maryland law and we are our principal place of business in Kansas City, Missouri and that's kind of where we sit on this case I mean I don't there is absolutely no evidence even when you talk about premier parks and things like that We talked about who's directing controlling who the plaintiff dealt with anything that there's absolutely no evidence whatsoever in the record that we did any of that stuff None whatsoever that we marketed directed and controlled had anything to do with that There's some evidence that there's a triple net lease, but the triple net lease isn't even with us. It's not even with EPR So that the triple I wasn't that in the record. I mean this discussion of how the lease didn't make it into the record Why is that? Well your honor to be quite frank, I guess the affidavit we put in in hindsight Maybe we should have put in the triple net lease Okay, there was some discussion. I know there was In this case there was some they indicated there was a triple net lease We kind of thought it was a legal issue because when you use the phrase triple neck lease It really does have legal ramifications. I understand what plaintiff counsel knows about that. So that's kind of where it was but That's that's what we said. Okay, I Don't know if anybody has any specific questions for me But I do think we are far removed and I don't think it's really disputed by plans council Thank You, mr. Posse Mr. Zimmerman Just a couple of brief points on page 277 of the record appendix, there's something from the EPR website that lists village of a construct as yet about Cartier as an owned property as part of its Portfolio and it lists Premier Park as the operator of that property So I think one of the issues we have here is we have to take these documents at face value on the record And say that's the evidence that EPR owns it and Premier Parks operates it now with respect to the affidavit I want to just point out that the district court referred to the affidavit as Their alibi. She actually referred to them as that but when we see Village of accounts about Cartier in the communications with Miss Putnam. There's no corporation associated with that That's like getting you know, an email that says Disney on it. You know, you don't know what Disney village of accounts market Cartier has existed as that entity well before EPR and and Premier Parks ever bought it So the fact that it says VVV on it and not from your park, which the district court actually Latched on to is in other words. It's a brand name. Yeah, it's totally divorced from reality and the record So this was a case where again? personal jurisdiction should have been found on the private station standard reserve the rest for summary judgment a lot of discovery to go forward and We'd ask you to reach that result. Thank you, Mr. Jim. Thank All rise, please the court is in recess until April next